In the Matter of the Claim of MARIE GOLISANO, Respondent, against HART's FOOD STORES, INC., Appellant, and STATE INSURANCE FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by employer from award of the State Industrial Board (now Workmen's Compensation Board) made to claimant, an infant between fourteen and sixteen years of age, for permanent partial disability, viz., 90% loss of use of right arm due to amputation of hand consequent upon injury caused by her operation of an electric meat grinder. Claimant's employment in the operation of the meat grinding machine was in violation of law. (Labor Law, § 146, subd. 1, par. t.) Thus the doubled compensation awarded was called for. (Workmen's Compensation Law, § 14-a, subd. 1.) The evidence established a reasonable wage expectancy in the kind of service wherein claimant was employed which authorized the wage basis upon which the award was computed. Decision and award appealed from affirmed, with costs to the Workmen's Compensation Board. All concur.

In the Matter of the Claim of DOMINIC FERREIRA, Respondent, against HAROLD G. SUTHERLAND et al., Doing Business as GEORGE F. SUTHERLAND AND SONS, Appellants, and J. TRUMAN BURD et al., Doing Business as HOSTRANDER & BURD BROS., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs to the answering respondents Ryon. All concur. [See *ante*, p. 869.]

In the Matter of the Claim of MICHAEL SAPONARA, Respondent, against JILL BROTHERS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante*, p. 869.]

In the Matter of the Claim of LEROY COLWELL, Respondent, against HAMMARLUND MFG. Co., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See *ante*, p. 870.]